**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOROUGH OF WEST CONSHOHOCKEN, | : | No. 458 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| JOSEPH AND JANE SOPPICK, H/W, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.